**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.                                              :   CASE NO.  CR-1-02-095

**MARIO RENARD BAKER,**

      Defendant.

### SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                        GREGORY G. LOCKHART
                                        United States Attorney


                                        s/Deborah F. Sanders
                                        DEBORAH F. SANDERS  #0043575
                                        Assistant United States Attorney
                                        303 Marconi Blvd., Suite 200
                                        Columbus, Ohio 43215
                                        (614) 469-5715

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, I electronically filed the foregoing Satisfaction of Criminal Imposition with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Mario Renard Baker, #03618-061, USP Beaumont, 6200 Knauth Road, Beaumont, TX 77705.

 s/Deborah F. Sanders
Deborah F. Sanders (0043575)
Assistant United States Attorney