```
   VIPBG           *       INMATE EDUCATION DATA        *    02-06-2008
   PAGE 001 OF 001 *            TRANSCRIPT              *    14:19:06

   REGISTER NO: 03618-061    NAME..: BAKER                FUNC: PRT
   FORMAT.....: TRANSCRIPT   RSP OF: VIP-VICTORVILLE USP

   ------------------------- EDUCATION INFORMATION ---------------------------
   FACL ASSIGNMENT DESCRIPTION                START DATE/TIME  STOP DATE/TIME
   VIP  ESL HAS    ENGLISH PROFICIENT         03-11-2003 0001  CURRENT
   VIP  GED HAS    COMPLETED GED OR HS DIPLOMA 05-20-2003 0001 CURRENT

   -------------------------- EDUCATION COURSES ------------------------------
   SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV HRS
   VIP       RPP USP CMC RPP OVERVIEW (C5)  01-04-2008  01-04-2008  P   C  P   1
   VIP       RPP USP CMC RPP OVERVIEW (C5)  01-04-2008  01-04-2008  P   C  P   1
   BMP       BEG.TYPING, M-F, 6:30-7:30 PM  06-22-2005  08-02-2005  P   C  P  20
   BMP       SEWING VT: M-F 12:30P-3:30PM   03-30-2005  04-27-2005  P   C  C  60

   --------------------------- HIGH TEST SCORES ------------------------------
   TEST      SUBTEST         SCORE    TEST DATE    TEST FACL   FORM     STATE
   ABLE      LANGUAGE          5.6    05-13-2003      MAN       E
             NUMBER OPR        7.5    05-13-2003      MAN       E
             PROB SOLV        12.0    05-13-2003      MAN       E
             READ COMP        12.0    05-13-2003      MAN       E
             SPELLING         10.0    05-13-2003      MAN       E
             VOCABULARY       11.7    05-13-2003      MAN       E




   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

*[Signed: MIKE ADAMS, CASE MANAGER — "AUTHORIZED BY THE ACT OF JULY 27, 1955 TO ADMINISTER OATHS (18 USC 4004)" — 2/6/08]*

# LAMAR STATE COLLEGE - PORT ARTHUR
## PORT ARTHUR, TEXAS

*This is to certify that*

## MARIO R. BAKER

*has successfully completed*

## INDUSTRIAL SEWING

*conducted by the*

## DIVISION OF TECHNICAL PROGRAMS





Date  APRIL 26, 2005

*Dean of Technical Programs*

60 CLOCK HOURS



*Program Director*

# Certificate of Completion

This certifies that

## Mario Baker

Has successfully completed 20 Adult Continuing Education credit hours of

### BEGINNING TYPING

Awarded by the

### Education Department

USP Beaumont, Texas

On this 13th day of July, 2005

_____
ACE Coordinator

_____
Supervisor of Education